UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

DAN RIVER INTERNATIONAL, LTD.,

Debtor.

Case No. 08-10729 (BLS)

Re: Docket Nos. 12, 13

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $44,511.35 plus any incremental increase in statutory compensation allowed as a result of interest accruing after preparation of this Application is reasonable compensation for the services in this case by JEOFFREY L. BURTCH, TRUSTEE, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $81.31 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**Dated: July 26th, 2019**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE